# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAE LEE AND JIN JHO, ) | |
| ) | Civil Action No. |
| Plaintiffs, ) | |
| ) | 1:13-cv-00325-RLV |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MEGAMART, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

**COME NOW,** Plaintiffs Dae Lee and Jin Jho (hereinafter "Plaintiffs") and Defendant MegaMart, Inc. (hereinafter "Defendant"), by and through their undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismissal <u>with prejudice</u> of Plaintiffs' claims, with all rights of appeal waived and with each party to bear its own costs, attorneys' fees and expenses..

The parties further stipulate that no party is the prevailing party in this action.

Respectfully submitted this 20th day of February, 2014,

| **BARRETT & FARAHANY, LLP** | **NELSON, MULLINS, RILEY & SCARBOROUGH, LLP** |
|---|---|
| s/Elizabeth L. Brown | /s Michelle W. Johnson* |
| Elizabeth L. Brown | Michelle W. Johnson |
| Georgia Bar No. 940372 | Georgia Bar No. 759611 |
| 1100 Peachtree Street, Suite 500 | 201 17th Street NW, Suite 1700 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30363 |
| (404) 214-0120 | (404) 322-6255 |
| (404) 214-0125 (*facsimile*) | (404) 322-0050 (*facsimile*) |
| lbrown@bf-llp.com | michelle.johnson@nelsonmullins.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| | *\*with express permission* |

## CERTIFICATION PURSUANT TO L.R. 7.1D

I hereby certify that the foregoing *Stipulation of Dismissal of Complaint With Prejudice* was prepared in conformance with the font and point selections approved by the Court in Local Rule 5.1.

s/Elizabeth L. Brown_____
*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DAE LEE AND JIN JHO, | ) |
| | ) Civil Action No. |
| Plaintiffs, | ) |
| | )   1:13-cv-00325-RLV |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| MEGAMART, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed this ***Stipulation of Dismissal of Complaint With Prejudice*** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filling to all attorneys of record:

Michelle W. Johnson, *Esq*.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363

Respectfully submitted this 20th day of February, 2014.

**BARRETT & FARAHANY, LLP**

s/Elizabeth L. Brown
Elizabeth L. Brown
Georgia Bar No. 940372

*Counsel for Plaintiffs*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309

4